Marco J. Rodriguez SBN 219281
275 South Marjorie Ave, Suite 3
P.O. Box 31
Brawley, CA 92227
Phone: (760) 791-2112
Fax:   (760) 355-1577

Attorney for Ashley Elizabeth Alvarez

**FILED**
DEC 19 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ASHLEY ELIZABETH ALVAREZ<br><br>Defendant. | CASE NO. 06CR2295BEN DEFENDANT 1<br><br>STIPULATION RE: MODIFICATION OF TRAVEL TO THE DISTRICT OF NEVADA |

**IT IS HEREBY AGREED** by stipulation of the above parties that, pursuant to the Local Rules, the Defendant in the above titled matter be allowed to travel to the State of Nevada for the purposes of living in the City of Reno. This stipulation has been reached due to the fact the Defendant's children reside in the State of Nevada, City of Reno; additionally, Ms. Alvarez no longer has any family residence where she may stay in the State of California, County of Imperial or County of San Diego for the duration of this matter. The Defendant's Surety agrees to the added responsibility of this Stipulation. The Pre-trial services do not object to this Modification of Travel.

_____ Date: 12/19/06
Marco J. Rodriguez
Attorney for Defendant

_____ Date: 12/19/06
Ashley E. Alvarez
Defendant 1

Jose Vasquez  Date: 12/18/06
Jose Vasquez
Surety for Defendant

_____ Date: 12-19-06
Honorable Judge Benetiz
MAGISTRATE JUDGE
PETER C. LEWIS

Modification Stip. - 1